IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:19-cr-00206-TLN |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| JORGE ANTONIO SANDOVAL RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

The court relieved Ms. Santos in court on November 12, 2020. The court has agreed to appoint another panel attorney. CJA Panel attorney Etan Zaitsu is hereby appointed effective November 13, 2020, the date the Office of the Federal Defender contacted him.

DATED:  November 17, 2020

Troy L. Nunley
United States District Judge